**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00463-GPG
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

JOSE PEREZ-CARRERA,

      Applicant,

v.

M. A. STANCIL, Warden,,

      Respondent.

---

## ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES

---

      Applicant Jose Perez-Carrera initiated this action by filing *pro se* an Application

for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, in which he appears to

challenge sentencing errors.  As part of the Court's review pursuant to

D.C.COLO.LCivR 8.1(b), the Court has determined that the submitted documents are

deficient as described in this Order.  Applicant will be directed to cure the following if he

wishes to pursue his claims.  Any papers that Applicant files in response to this Order

must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   <u>X</u>   is not submitted
(2)   __   is missing affidavit
(3)   __   is missing a certified prisoner's trust fund statement for the 6-month period
           immediately preceding this filing
(4)   <u>X</u>   is missing a certified account statement showing the current balance in
           Applicant's prison account is not certified
(5)   __   is missing required financial information
(6)   __   is missing an original signature by the prisoner
(7)   __   is not on proper form (must use the Court's current form)
(8)   __   names in caption do not match names in caption of complaint, petition or
           habeas application

(9)    __      An original and a copy have not been received by the court.
                       Only an original has been received.
(10)   X      other: In the alternative Applicant may pay the $5 filing fee.

**Complaint, Petition or Application**:
(11)   __      is not submitted
(12)   __      is not on proper form (must use the Court's current form)
(13)   __      is missing an original signature by the prisoner
(14)   __      is missing page nos. ___
(15)   __      uses et al. instead of listing all parties in caption
(16)   __      An original and a copy have not been received by the court.  Only an
                       original has been received.
(17)   __      Sufficient copies to serve each defendant/respondent have not been
                       received by the court.
(18)   __      names in caption do not match names in text
(19)   __      other:

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers that Applicant files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Applicant shall obtain the Court-approved form used to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that if Applicant fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED March 5, 2015, at Denver, Colorado.

BY THE COURT:

s/Gordon P. Gallagher
United States Magistrate Judge

2